

COPY

1  ROBERT R. CROSS (State Bar No. 56814)
   E-Mail:   rcross@sideman.com
2  CONSTANCE J. YU (State Bar No. 182704)
   E-Mail:   cyu@sideman.com
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:  (415) 392-1960
5  Facsimile:   (415) 392-0827

6  Attorneys for June Newton

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 JUNE NEWTON,                      CASE NO. CV11-2350 MRP
                                              /VBKx)
12          Plaintiff,              COMPLAINT FOR COPYRIGHT
                                    INFRINGEMENT, CONVERSION
13     v.                           AND VIOLATION OF CAL. CIVIL
                                    CODE § 1740 ET SEQ.
14 NORMAN SOLOMON, an individual,
   ART & ARTIFACT THE              [DEMAND FOR JURY TRIAL]
15 PHOTOGRAPHIC ART CENTER,
   CELEBRITY INC., a Delaware
16 corporation dba in California as
   CELEBRITY VAULT, INC.,
17
            Defendants.
18

19

20     Plaintiff June Newton ("Plaintiff" or "Mrs. Newton") hereby alleges as

21 follows:

22              JURISDICTION AND VENUE

23     1.   Jurisdiction.  This action is brought, and jurisdiction lies within this

24 court, pursuant to 28 U.S.C. §§ 1331, 1332, 1338 and 1367.  This Court has federal

25 question jurisdiction pursuant to 28 U.S.C. § 1331 in this matter in that Plaintiff

26 seeks damages against Defendants named herein under Sections 501 through 505 of

27 the Copyright Act of the United States, 17 U.S.C. §§ 101 et seq.  This Court has

28 diversity jurisdiction pursuant to 28 U.S.C. § 1332 as the controversy exists between

FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

1  Plaintiff, domiciled in the Principality of Monaco, and Defendants, who are citizens

2  of California.  Furthermore this Court has jurisdiction over the subject matter of this

3  action pursuant to 28 U.S.C. §§ 1338(a) and 1338(b).  Finally, this Court has

4  supplemental jurisdiction under the principles of pendent jurisdiction as codified in

5  28 U.S.C. § 1367.

6       2.    As the actions that gave rise to this controversy took place primarily in

7  the County of Los Angeles, this action shall be assigned to the Western Division.

8       3.    Venue lies within this district pursuant to 28 U.S.C. § 1391(b)(1) as

9  Defendant Norman Solomon ("Solomon") resides or has resided in this district;

10  pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and

11  omissions giving rise to Plaintiff's claims alleged herein occurred in this district;

12  and pursuant to 28 U.S.C. § 1391(c), Defendants Art & Artifact The Photographic

13  Art Center ("Art & Artifact") and Celebrity, Inc. ("Celebrity Vault") are subject to

14  personal jurisdiction in this district as each of their business addresses are within

15  this judicial district at the time the action was commenced.

16  **THE PARTIES**

17       4.    Plaintiff is and at all times material herein has been an individual

18  domiciled in the Principality of in Monaco.

19       5.    On information and belief, Solomon is an individual who resides or has

20  resided in Los Angeles, California.

21       6.    On information and belief, Defendant Art & Artifact is doing business

22  in Los Angeles, California but is not currently registered as a business entity with

23  the State of California.  Plaintiff further alleges that Art & Artifact is affiliated with

24  Defendant Solomon.  See www.art-artifact.com.

25       7.    On information and belief, at all times material herein Defendant Art &

26  Artifact was the agent of Defendant Solomon, and in doing the things herein

27  alleged, was acting within the course and scope of such agency.

28  / / /

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

Case No.
**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL
CODE § 1740 *ET SEQ.***

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

8.    On information and belief, Defendant CelebrityVault is a Delaware corporation doing business in California as Celebrity Vault, Inc.  On information and belief, Celebrity Vault has a gallery in Beverly Hills, California.  See www.thecelebrityvault.com.  On information and belief, Celebrity Vault has surrendered its qualification to do business in California.

### ALLEGATIONS COMMON TO EACH CAUSE OF ACTION

9.    Plaintiff is the widow and sole heiress of the fine arts photographer Helmut Newton ("Artist"), now deceased (1920-2004).  Mrs. Newton is the exclusive owner of all worldwide copyrights in photographs of Artist.

10.    In 1983, Artist created a limited collection of certain of his photographs, known as the "Private Property Collection."  Each portfolio in the Private Property Collection consisted of three "suites" of 15 photographs each, for a total of 45 photographs per portfolio.  Each photograph was printed as a gelatin silver print, signed, consecutively numbered in pencil and copyright stamped.  Artist intended that the full edition of the Private Property Collection would be limited to 75 portfolios, all of which were printed (the "Photographs").

11.    Starting about December 1984, Artist engaged Spectrum Enterprises, Limited ("Spectrum Enterprises") in Los Angeles, California to assist him in promoting the Photographs.  Plaintiff is informed and believes, and alleges thereon, that on or about December 14, 1984, Artist and Spectrum Enterprises, represented by Solomon, entered into a written agreement, designated the "Portfolio Agreement," memorializing the promoter relationship.  Spectrum Enterprises acknowledged in the Portfolio Agreement that all copyrights in Artist's work belonged solely to Artist, that it had a limited license to market and distribute the work in portfolio form, and that it did not receive any express or implied license to use Artist's materials without his authorization.

12.    In the course of this engagement, Artist provided Spectrum Enterprises and Solomon with certain photographic works comprising the Photographs.

13.    Solomon represented as late as August 2010 that he was provided with three complete portfolios of the Photographs but that each of the portfolios was provided to fine arts galleries in London, Paris and Los Angeles with Artist's permission and authorization.

14.    After the sale of approximately 25 portfolios, Artist decided that no further portfolios should be sold and that the remaining Photographs produced for the Private Property Collection were not to be sold or released into the marketplace.

15.    The Portfolio Agreement terminated pursuant to its own terms no later than August 1, 1986, and all rights thereunder reverted to Artist.  Thereafter, Solomon and Spectrum Enterprises had no further right to possess, distribute or sell Artist's works, including the Photographs, or the promotional materials that accompanied them.

16.    On information and belief, Plaintiff alleges that after the expiration of the Portfolio Agreement, Solomon wrongfully retained certain unsold Photographs and/or other promotional materials that Solomon and/or Spectrum Enterprises were entitled to use solely for promotional purposes during the term of the Portfolio Agreement.

17.    Each of the Photographs was first published in a country that was then a party to the Universal Copyright Convention (a "UCC Party"), or while Artist was domiciled in a country that was then a UCC Party and while the United States of America was also a UCC Party.  Accordingly, the Photographs are subject to copyright protection under the Copyright Act of 1976.  17 U.S.C. § 104(b)(1), (2).

18.    Because of the limited production and sales of the Private Property Collection, the Photographs are extremely valuable.  At the time of the Portfolio Agreement, portfolios sold for at least $7,500.  A complete portfolio presently has an estimated value in excess of $250,000 – $350,000.

19.    On information and belief, in or about February 2011 and thereafter, Defendants Art & Artifact and Celebrity Vault offered for sale on an internet

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL CODE § 1740 *ET SEQ.***

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

1  auction site, eBay, certain photographic prints from the Private Property Collection,

2  one example of which is set forth below:

3  "Helmut Newton B&W print of "Shoe" Monte Carlo 1983

   This amazing print is exculsively (sic) from his private

4  collection.  Helmut Newton was mostly known for his

   spectacular fashion photography.

5

6  We are excited to announce our complete new line of

   some of Helmut Newton's amazing provocative and

   erotically charged B&W photography.  These prints are

7  from his private collection.  These are all 11" X 17" prints.

   We are able to offer these limited prints to you at slightly

8  under retail value.  Every print comes with a COA and is

   shipped in a stiff mailer"  (See attached hereto as a true

9  and correct copy of the eBay posting on February 23,

   2011, **Exhibit A.**)

10

11      20.    On information and belief, in or about February 2011 and thereafter,

12  Defendants Art & Artifact and Celebrity Vault offered for sale on eBay certain

13  "original lithographs" featuring images from the Private Property Collection, one

14  example of which as set forth below:

15                          "CELEBRITY vault

16                           Proudly presents

17              HELMUT NEWTON *PRIVATE PROPERTY*

18                    Original Fine Art Lithographs

19
    In 1984, Norman Soloman produced Helmut Newton's
20  limited edition portfolio titled *Private Property*, which
    was introduced at gallery exhibitions in Paris and London.
21  At the same time, Mr. Soloman also published a limited
    edition series of Fine Art Lithographs featuring many of
22  Mr. Newton's most iconic images from the *Private
    Property* collection.  Twenty-five years later, Celebrity
23  Vault is excited to announce that we are exclusively re-
    introducing the same lithographic series representing
24  twenty of the most valuable Images from the *Private
    Property* collection.
25
    The original 16"x 20" signed limited edition sliver gelatin
26  prints from the *Private Property* collection have
    skyrocketed in value, especially since Newton's passing in
27  2004, making the images in this limited edition series of
    fine art reproductions from the original negatives a
28  particularly notable piece of photographic history.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

Case No.
COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL
CODE § 1740 *ET SEQ.*

The large 25"x 38" *Private Property* original lithographs,
each featuring an iconic image that catapulted Newton into
being one of the most well-known and coveted
photographers in the world, will soon be exclusively
available for purchase at Celebrity Vault and Art &
Artifact!" (See attached hereto as a true and correct copy
of the eBay posting on March 16, 2011, **Exhibit B**.)

21.    On information and belief, on or before March 2011, Defendant Art &
Artifact generally offered for sale on its gallery website certain "lithographic
reproductions" of images from the Private Property Collection.  See attached hereto
as a true and correct copy of Defendant Art & Artifact webpages depicting images
of the unauthorized copies of the Photographs in March 2011, **Exhibit C**.

22.    On information and belief, on or before March 2011, Defendant
Celebrity Vault generally offered for sale on its gallery website and sold certain
"fine art lithograph[s]" of images from the Private Property Collection.  See
attached hereto as a true and correct copy of Defendant Celebrity Vault webpages
depicting images of the unauthorized copies of the Photographs in March 2011,
**Exhibit D**.

23.    As a direct result of Defendant Solomon's actions in failing to return
and secretly retaining Photographs and/or promotional materials derived from the
Photographs, Plaintiff has been damaged in an amount to be determined at trial by
Defendants' offer for sale and sale of certain unauthorized photographic works
belonging to Plaintiff.

24.    In February and March 2011, Plaintiff's counsel notified Defendants
that Defendants' offer for sale and sale of Photographs and/or promotional materials
were infringing on Plaintiff's protected copyrights, and demanded that Defendants
cease and desist from further infringing activity.  To date, Defendants have not
ceased offering for sale the infringing materials.  Thus, the conduct of Defendants
and each of them is willful and justifies the imposition of enhanced damages.

/ / /

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

Case No.
**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL
CODE § 1740 *ET SEQ*.**

# FIRST CLAIM FOR RELIEF
## (Against All Defendants for Copyright Infringement – 17 U.S.C. §106 *et seq.*)

25.     Plaintiff incorporates by this reference each and every allegation contained in paragraphs 1 through 24 above, as though fully set forth.

26.     Plaintiff is the owner of all worldwide copyrights in Artist's work, including the Photographs.  Plaintiff has the exclusive right to distribute copies of the Photographs to the public by sale or other transfer of ownership pursuant to section 106(3) of the Copyright Act.

27.     Within the last two years, Defendants infringed upon Plaintiff's copyrights by offering for sale copies of the Photographs without authorization. Upon information and belief, Defendants have disseminated and sold unauthorized copies of the Photographs on multiple occasions.

28.     In undertaking the conduct complained of in this action, Defendants knowingly, intentionally, and willfully violated Plaintiff's copyrights.

29.     Except for the limited purpose described above with regard to the Portfolio Agreement, Artist did not authorize, and Plaintiff has not authorized, Defendants to use, reproduce, sell, offer for sale or distribute all or any part or portion of the Photographs for any purpose whatsoever.

30.     By reason of Defendants' infringement, Plaintiff has sustained and will continue to sustain substantial injury, loss and damage to her ownership rights in the Photographs.

31.     Further irreparable harm to Plaintiff is imminent as a result of Defendants' conduct, and Plaintiff is without an adequate remedy at law.  Plaintiff is entitled to an injunction restraining Defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement.

32.     Based upon Defendants' willful infringement, Plaintiff is entitled to recover from Defendants the damages sustained by Plaintiff as a result of

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

1    Defendants' acts of copyright infringement.  Plaintiff is at present unable to

2    ascertain the full extent of the monetary damage she have suffered by reason of

3    Defendants' acts of copyright infringement, but is informed and believes, and on the

4    basis of such information and belief alleges, that Plaintiff has sustained such damage

5    in an amount exceeding $300,000.

6        33.   Plaintiff is further entitled to recover from Defendants the gains, profits

7    and advantages they have obtained as a result of their acts of copyright

8    infringement.  Plaintiff is at present unable to ascertain the full extent of the gains,

9    profits and advantages Defendants have obtained by reason of their acts of copyright

10   infringement.

11       34.   Plaintiff is also entitled to reasonable attorneys' fees and costs she has

12   and/or will incur with respect to the infringement of the Photographs subject to the

13   protected copyrights.

## SECOND CLAIM FOR RELIEF
### (Against Defendant Solomon for Conversion)

16       35.   Plaintiff incorporates by this reference each and every allegation

17   contained in paragraphs 1 through 34 above, as though fully set forth.

18       36.   Plaintiff alleges on information and belief that Defendant Solomon

19   retained Photographs and other materials belonging to Artist that were intended for

20   promotional use only and subsequently attempted to sell or distribute Artist's

21   property, including the Photographs.

22       37.   Except for the limited purpose described above and in the Portfolio

23   Agreement, Artist did not authorize, and Plaintiff has not authorized, Defendant

24   Solomon to use any part or portion of Photographs or other materials belonging to

25   Artist for any purpose whatsoever.

26       38.   The aforementioned acts of Defendant Solomon were willful,

27   oppressive, fraudulent and/or malicious.

28       39.   As a result of Defendant Solomon's willful and intentional conversion

Case No.
**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL CODE § 1740 ET SEQ.**

1   of Artist's property, now belonging to Mrs. Newton, Plaintiff has incurred damages

2   in an amount to be determined at trial.

3                     **THIRD CLAIM FOR RELIEF**
    **(Against all Defendants for Violation of California Full Disclosure In the Sale**
4   **of Fine Prints – Cal. Civil Code §1740 *et seq.*)**

5       40.    Plaintiff incorporates by this reference each and every allegation

6   contained in paragraphs 1 through 39 above, as though fully set forth.

7       41.    California's Sale of Fine Prints, Cal. Civil Code § 1740 *et seq*. ("Sale

8   of Fine Prints Law"), makes it unlawful for anyone, including Defendants, to trade

9   in fine arts prints without the disclosures required by sections 1742 and 1744

10  therein, and without a certificate of authenticity ("COA").  (Cal. Civ. Code §§ 1740-

11  1745.9).

12      42.    On information and belief, Plaintiff alleges that the advertisements

13  and/or COAs accompanying Defendants' offer for sale of Artist's work created by

14  Artist and belonging to Plaintiff, contains false and/or misleading information

15  including, but limited to, statements that the fine arts prints offered are "exculsively

16  (sic) from [Artist's] private collection" and are "Original Fine Art Lithographs."

17      43.    On information and belief, Defendant Solomon wrongfully retained

18  Artist's work and/or promotional materials beyond the term of the Portfolio

19  Agreement and that Defendant Solomon is the source of the unauthorized

20  Photographs now being sold by Defendants.  While Artist was living, Artist did not

21  know or have reason to know of or suspect Defendant Solomon's wrongful conduct,

22  and until the publication of Defendants' offer for sale of Photographs, Plaintiff did

23  not know or have reason to know of or suspect Solomon's wrongful conduct.

24      44.    As a result of Defendants' wrongful actions, Plaintiff is entitled to

25  injunctive relief under the Sale of Fine Prints Law.  (Cal. Civ. Code §1745.5(b)).

26      45.    Furthermore, as a result of Defendant Solomon's willful and intentional

27  actions, including those justifying the imposition of exemplary damages, Plaintiff

28  has incurred damages in an amount to be determined at trial.

LAWOFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

**DEMAND**

WHEREFORE, Plaintiff prays for judgment as follows:

A.    For an order from this Court declaring that Plaintiff holds all rights and interests in the Photographs and is the owner of the stolen property.

B.    For an injunction restraining and enjoining Defendants from offering for sale, using, distributing, publishing, copying, reproducing, advertising, promoting, adapting, displaying or otherwise exploiting the Photographs.

C.    For an injunction mandating that Defendants deliver to Plaintiff any and all copies of the Photographs.

D.    For a complete accounting and disgorgement of profits attributable to Defendants' exploitation of the Photographs.

E.    For damages according to proof, plus interest at the legal rate;

F.    For an award of attorneys' fees and costs; and

G.    For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury.

DATED: March 18, 2011           SIDEMAN & BANCROFT LLP
                                ROBERT R. CROSS
                                CONSTANCE J. YU


                                By: _____
                                    CONSTANCE J. YU
                                Attorneys for Plaintiff JUNE NEWTON

5692-1\1178114v1

Case No.
**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL CODE § 1740 *ET SEQ.***

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

# EXHIBIT A





**Shop-Kategorien**

**Startseite des eBay Shops**

**Fine Art**

**Memorabilia**

**Other**





# Helmut Newton Print featuring "Shoe" includes COA





**This is a Buy it now sale for a:** Helmut Newton B&W print of "Shoe" Monte Carlo 1983  This amazing print is exculsively from his private collection. Helmut Newton was mostly known for his spectacular fashion photography.

We are excited to announce our complete new line of some of Helmut Newton's amazing provocative and erotically charged B&W photography. These prints are from his private collection. These are all 11" X 17" prints. We are able to offer these limited prints to you at slightly under retail value. Every print comes with a COA and is shipped in a stiff mailer

Please check our eBay store frequently for more upcoming prints from Helmut Newton and other fine memorabilia. If

| Fragen und Antworten zu diesem Artikel |
| --- |
| Zu diesem Artikel wurden keine Fragen und Antworten eingestellt |
| Frage stellen |

00015

Zurück zu den Suchergebnissen | Ähnlichen Artikel verkaufen                                   zum Seitenanfang

| Nützliche Informationen – von eBay empfohlene Services |
| --- |
| Jetzt das HTC Wildfire inklusive iPod shuffle sichern! |

eBay Einkaufstipps | eBay Shops | Häufige Suchvorgänge | eBay Trendbarometer | eBay Motors | USA | Großbritannien | Österreich | Schweiz | Polen | Frankreich | Italien | Niederlande | Belgien
Kleinanzeigen | mobile.de | PayPal | Shopping.com DE | Skype | Afterbuy

Über eBay | Anmelden | Kaufen | Grundsätze | Sicherheitsportal | Bewertungsportal | Foren & Cafés | eBay News | eBay kontaktieren | Übersicht | Offizielle eBay-Zeit

eBay-KÄUFERSCHUTZ · Bezahlen mit PayPal   mehr.
Copyright © 1995-2011 eBay Inc. Alle Rechte vorbehalten. Ausgewiesene Marken gehören ihren jeweiligen Eigentümern. Mit der Benutzung dieser Seite erkennen Sie die eBay-AGB und die Datenschutzerklärung an.
eBay übernimmt keine Haftung für den Inhalt verlinkter externer Internetseiten.

EXHIBIT B

eb**Y**.com.sg

Sign in or register

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Go | My eBay | Sell | Community | Help

Site Map

| CATEGORIES | STORES | TRAVEL | PROPERTY | JOBS | COMPUTER | HOME & ELECTRONICS | PHOTO CENTRE | SELLER CENTRAL |
|---|---|---|---|---|---|---|---|---|

Listed in category:   Collectibles > Photographic Images > Contemporary (1940-Now) > Other Contemporary Images
Also listed in:   Collectibles > Photographic Images > Contemporary (1940-Now) > Risque

This listing has ended.



Zoom          Enlarge

### Helmut Newton Print featuring "Woman into Man" COA

Item condition:    --

Sold for:    **US $67.25**
Approximately S$ 86.12

[ Add to list ]

Postage:    US $32.75 USPS Priority Mail International  |  See all details
Estimated delivery time varies for items shipped from an
international location.

Payments:    **PayPal** | See payment information
Get PayPal buyer protection for your item when you pay
with PayPal | See Terms

Returns:    No Returns Accepted

**Seller info**
thecelebrityvault ( 7 )
66.7% Positive feedback

Ask a question
Save this seller
See other items
Visit store:  The Celebrity Vault

**Other item info**
Item number:   110651044861
Item location:   Beverly Hills, CA,
United States
Post to:   Worldwide

Print  |  Report item

| Description | Postage and payments |
|---|---|

Share

Seller assumes all responsibility for this listing.
Last updated on 11:36:18 SGT, Feb 19, 2011  View all revisions

#### Item specifics

| Listed By: | Dealer or Reseller | Date of Creation: | 1950-Now |
|---|---|---|---|
| Photo Type: | B&W Fashion | Color: | Black & White |
| Framing: | Unframed | Size Type/Largest Dimension: | 11X17 |

### The Celebrity Vault

Visit my eBay store

Sign up for newsletter

**Store Categories**

Store home
Fine Art
Memorabilia
Other





FREE
**auctiva**
Increase traffic to your listings with Auctiva's FREE Scrolling Gallery.



## Helmut Newton Print featuring "Woman into Man" includes COA





**This is a Buy it now sale for a:** Helmut Newton B&W print of "Woman into Man", Paris 1979. This amazing print is exculsively from his private collection. Helmut Newton was mostly known for his spectacular fashion photography.

We are excited to announce our complete new line of some of Helmut Newton's amazing provocative and erotically charged B&W photography. These prints are from his private collection. These are all 11" X 17" prints. We are able to offer these limited prints to you at slightly under retail value. Every print comes with a COA and is shipped in a stiff mailer.

Please check our eBay store frequently for more upcoming prints from Helmut Newton and other fine memorabilia. If you are ever in the Beverly Hills area do not hesitate to stop by our gallery to view many of our memorabilia and artifacts. Please see our contact information at the bottom of this listing.

Thank you!

# CELEBRITY vault

Proudly presents

## HELMUT NEWTON *PRIVATE PROPERTY*

## Original Fine Art Lithographs

In 1984, Norman Soloman produced Helmut Newton's limited edition portfolio titled *Private Property*, which was introduced at gallery exhibitions in Paris and London. At the same time, Mr. Soloman also published a limited edition series of Fine Art Lithographs featuring many of Mr. Newton's most iconic images from the *Private Property* collection. Twenty-five years later, Celebrity Vault is excited to announce that we are exclusively re-introducing the same lithographic series representing twenty of the most valuable images from the *Private Property* collection.

The original 16"x20" signed limited edition silver gelatin prints from the *Private Property* collection have skyrocketed in value, especially since Newton's passing in 2004, making the images in this limited edition series of fine art reproductions from the original negatives a particularly notable piece of photographic history.

**The large 25"x38" *Private Property* original lithographs, each featuring an iconic image that catapulted Newton into being one of the most well-known and coveted photographers in the world, will soon be exclusively available for purchase at Celebrity Vault and Art & Artifact!**

# HELMUT NEWTON

Helmut Newton was Born *Helmut Neustädter* on 31st October 1920 in Berlin, Germany he was a prolific, widely imitated fashion photographer whose provocative and erotically charged black-and-white photos were a mainstay of Vogue and other publications.

EARLY LIFE - Born in Berlin to a German-Jewish button-factory owner and an American mother, Newton attended the Heinrich von Treitschke Real Gymnasium and the American School in Berlin. Helmut became interested in photography from the age of twelve when he purchased his first camera. He worked for the German photographer Yva (Elsie Neulander Simon) from 1936. The increasingly oppressive restrictions placed on Jews by the Nuremberg laws meant that his father lost control of the factory in which he manufactured buttons and buckles when he was briefly interned in a concentration camp in November 1938, which in turn compelled the family to leave Germany. Newton's parents fled to Chile. Helmut was issued with a passport just after turning 18, and left Germany on 5th December 1938. At Trieste he boarded the 'Conte Rosso' (along with about two hundred others escaping the Nazis) intending to journey to China. After arriving in Singapore he decided to remain there as a reporter for the *Straits Times* and worked as a portrait photographer.

 

LIFE IN AUSTRALIA — Helmut Newton was interned by British authorities while in Singapore, and he was then sent to Australia on board the 'Queen Mary' in September 1940 where he travelled by train under armed guard to the camp of Tatura in Victoria. Helmut was released from internment in 1942 and then briefly worked as a fruit-picker in northern Victoria. In April 1942, he enlisted with the Australian Army and worked as a truck driver. After the war, in 1945 Helmut became an Australian citizen, and changed his name to Newton in 1946. In 1948 he married actress June Browne, who performed under the stage-name 'June Brunell'. She later became a successful photographer under the ironic pseudonym 'Alice Springs' (after the central Australian town of the same name).

 

In 1946, Newton set up a studio in fashionable *Flinders Lane* and worked on fashion and theatre photography in the affluent post-war years. He shared his first joint exhibition in May 1953 with Wolfgang Sievers, a German refugee like himself who had also served in the same camp. The exhibition of 'New Visions in Photography' was held at the Federal Hotel in *Collins Street* and was probably the first glimpse of 'New Objectivity' photography in Australia. Newton went into partnership with Henry Talbot, a fellow German Jew who had also been interned at Tatura. His association with the studio continued even after 1957 when he left Australia for London. The studio was renamed 'Helmut Newton and Henry Talbot'.

LONDON 1950S - Newton's growing reputation as a fashion photographer was rewarded when he secured a commission to illustrate fashions in a special Australian supplement for Vogue magazine which was published in January 1956. Helmut won a twelve-month contract with British Vogue and he left for London in February 1957, leaving Talbot to manage the business. He left the magazine before the end of his contract and went to Paris where he worked for French and German magazines. He returned to Melbourne in March 1959 to a contract for Australian Vogue.

  

PARIS 1960S — Helmut Newton settled in Paris in 1961 and continued work as a fashion photographer. His works appeared in magazines including, most significantly, French Vogue and Harpers Bazaar. He established a particular style marked by erotic and stylised scenes, often with sado-masochistic and fetishistic subtexts. A heart attack in 1970 slowed his output somewhat, but he extended his work. His notoriety and his fame greatly increased, notably with his 1980 "Big Nudes" series which marked the pinnacle of his erotic-urban style, underpinned with excellent technical skills. He also worked in portraiture and more fantastical studies.

Newton shot a number of pictorials for Playboy, working with models such as Nastassia Kinski and Kristine DeBell.

## ESTABLISHMENT OF HELMUT NEWTON FOUNDATION

Helmut Newton was extremely fond of his hometown of Berlin, and in October 2003 he donated an extensive photo collection to the Prussian Cultural Heritage Foundation, establishing the Helmut Newton Foundation. The foundation's aim is the conservation, protection and presentation of the oeuvre of Helmut Newton and Alice Springs.

  

In his later life, Helmut Newton lived in Monte Carlo and in Los Angeles. Helmut was killed on 23rd January 2004 when his car hit a wall in the driveway of the Chateau Marmont, the famous hotel on Sunset Boulevard which had for several years served as his residence in Southern California. It has been speculated that Newton suffered a heart attack in the moments before the collision. Helmut Newton's ashes are buried next to Marlene Dietrich in Berlin.

In 1984, Helmut Newton's only limited edition portfolio, titled *Private Property*, was first introduced at gallery exhibitions in Paris and London. At the same time, the original exhibition promoters also published a limited edition series of Fine Art Lithographs featuring many of Mr. Newton's most iconic images from the *Private Property* collection.

Twenty-five years later, we are again able to re-introduce this exquisite collection featuring many of the great images taken by one of the world's most renowned photographers.



- We *ONLY* except *PayPal* from domestic and International buyers.
- The buyer has 7 days to for their item(s). After 7 days we have the option of re-listing item(s).
- Automatic positive feedback left after receiving payment.



- We ship UPS inside the USA and *USPS outside the USA.
- We offer a shipping discount for items shipped together. The discount for each additional is 50% of the highest shipping cost of the combined auction(s).
- We strongly recommend adding additional insurance not provided by the seller.
- We ship in 24 - 24 hrs.
- Items may be picked-up. Buyer must email or call us and make an appointment prior to their pick-up. Items may be picked-up at our Gallery. Please see our address in the "Contact Us" section.



We are sorry, due to the nature of these items we do not offer any refunds.



About.......

Launched in March 2006, Celebrity Vault has grown into one of the most prominent galleries in Los Angeles. Featured by numerous media outlets, such as People Magazine, Entertainment Tonight, LA Times, and Billboard Magazine, it has become a destination for tourists, locals, celebrities and royalty alike. Celebrity Vault represents a wide spectrum of artists, from celebrity photography icons like Bert Stern and Douglas Kirkland to contemporary artists, such as Cole Sternberg.

Celebrity Vault is open Sunday-Wednesday from 11am-6pm and Thursday-Saturday 11am-9pm and by appointment.



Celebrity Vault
345 North Canon Drive
Beverly Hills, CA 90210-4704
Telephone number is:    310-858-7815

Get directions: Directions

Email us at: info@thecelebrityvault.com

Save time & money with
FREE Auctiva Image Hosting.

Show off your items with
Auctiva's Listing Templates.



Auctiva.
THE simple solution for eBay sellers.



Click to see my other items ranked by popularity!

00021

About eBay | Jobs | Announcements | Buy Hub | Register | Security Centre | Feedback Forum | Site Map | Help

Copyright © 1995-2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

EXHIBIT C





# HELMUT NEWTON

**HELMUT NEWTON PRIVATE PROPERTY**
Original Fine Art Lithographs
Now available for purcase at our online store











DANIEL FURON

VIEW ALL COLLECTIONS
Click To Join Our Mailing List

home   about   collections   online store   specials   press   framing   order   contact

OUR SPONSORS









# HELMUT NEWTON

HOME

**LITHOGRAPHIC REPRODUCTIONS**

FRANK WORTH

DANIEL FURON

STEPHEN VERONA

PAUL HOMSY

HELMUT NEWTON

**LIMITED EDITIONS**

ABOUT US

SHIPPING

FAQS

CONTACT

SEARCH:



Woman Into Man



Woman In Fur Coat



Woman Examining Man



Sylvia In My Studio



Shoe



Elsa Peretti



David Hockney



David Bowie



Andy Warhol



After Dinner

EXHIBIT D

# CELEBRITY VAULT



thumbnails    ◄ 1 / 8 ►
play slideshow    full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

HELMUT
NEWTON
PRIVATE
PROPERTY

© 2009, Western Canon, Inc.

# CELEBRITY VAULT

thumbnails ◀ 2 / 8 ▶

play slideshow   full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

HELMUT
NEWTON
PRIVATE
PROPERTY

© 2009, Western Canon, Inc.

EMPOWERED BY foliolink™

# CELEBRITY VAULT

thumbnails        ◄  3 / 8  ►
play slideshow        full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

HELMUT
NEWTON
PRIVATE
PROPERTY

© 2009, Western Canon, Inc.

# CELEBRITYVAULT

thumbnails ◄ 4 / 8 ►
play slideshow   full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

HELMUT
NEWTON
PRIVATE
PROPERTY

© 2009, Western Canon, Inc.

POWERED BY foliovnp™

# CELEBRITY VAULT



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

HELMUT
NEWTON
PRIVATE
PROPERTY

© 2009, Western Canon, Inc.

# CELEBRITYVAULT

thumbnails      ◀  6 / 8  ▶

play slideshow      full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

**HELMUT
NEWTON
PRIVATE
PROPERTY**

© 2009, Western Canon, Inc.

POWERED BY foliosnap™

# CELEBRITY VAULT

thumbnails    ◀ 7 / 8 ▶

play slideshow    full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

**HELMUT
NEWTON
PRIVATE
PROPERTY**

© 2009, Western Canon, Inc.

ENHANCED BY fotostop™

# CELEBRITY VAULT

thumbnails          ◀  8 / 8  ▶
play slideshow      full-screen



**After Dinner, Paris 1977**

fine art lithograph
25" x 38"

HELMUT
NEWTON
PRIVATE
PROPERTY

© 2009, Western Canon, Inc.

POWERED BY folio snp™

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Mariana P. Pfaelzer and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV11- 2350 MRP (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Robert R. Cross (SBN #56814)
Constance J. Yu (SBN #182704)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE NEWTON<br><br>      PLAINTIFF(S)<br><br>  v.<br><br>NORMAN SOLOMON, an individual, ART &<br>ARTIFACT THE PHOTOGRAPHIC ART CENTER,<br>CELEBRITY INC., a Delaware corporation dba in<br>California as CELEBRITY VAULT, INC.,<br>      DEFENDANT(S). | CASE NUMBER<br><br>CV11-2350 (MRP<br>      (VBKx)<br><br><br>**SUMMONS** |

TO:DEFENDANT(S): _____

 A lawsuit has been filed against you.

 Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

            Clerk, U.S. District Court

Dated: ___3-18-11___    By: _____
                 Deputy Clerk

            *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

American LegalNet, Inc.<br>www.USCourtForms.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JUNE NEWTON | NORMAN SOLOMON, an individual, ART & ARTIFACT THE PHOTOGRAPHIC ART CENTER, CELEBRITY INC., a Delaware corporation dba in California as CELEBRITY VAULT, INC., |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Robert R. Cross (SBN #56814)<br>Constance J. Yu (SBN #182704)<br>SIDEMAN & BANCROFT LLP<br>One Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff      ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant      ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No      ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. §§ 101 et seq. (Copyright Infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

| FOR OFFICE USE ONLY: | Case Number: | CV11-2350 | |
|---|---|---|---|

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Principality of Monaco |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Constance Yu_ Date March 18, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com