ROBERT R. CROSS (State Bar No. 56814)
E-Mail: *rcross@sideman.com*
CONSTANCE J. YU (State Bar No. 182704)
E-Mail: *cyu@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for PLAINTIFF
JUNE NEWTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNE NEWTON,<br><br>    Plaintiff,<br><br>    v.<br><br>NORMAN SOLOMON, an individual, ART AND ARTIFACTS, INC., dba ART & ARTIFACT THE PHOTOGRAPHIC ART CENTER, a California corporation, CELEBRITY, INC, a dissolved Delaware corporation and WESTERN CANON, INC., a dissolved Nevada corporation, dba THE CELEBRITY VAULT, JOHN DUNNICLIFF, an individual, KLAUS MOELLER, an individual, CAPITAL ART, INC., a Delaware corporation, CAPITAL ART, LLC, a California limited liability company, and EMAGE INTERNATIONAL, INC., a Nevada corporation,<br><br>    Defendant. | Case No. CV11-02350 0DW(VBKx)<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT SERVED KLAUS MOELLER**<br><br>Honorable Otis D. Wright, II<br><br>Action Filed: March 18, 2011<br>Amended Filed: October 11, 2011 |

5692-3\1332832v1

1

Case No.: CV11-02350 0DW(VBKx)

CERTIFICATE OF SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT SERVED ON KLAUS MOELLER

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
CONSTANCE J. YU (SBN 182704)
SIDEMAN & BANCROFT LLP
1 Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE NEWTON<br><br>　　　　　　Plaintiff,<br>　　V.<br>NORMAN SOLOMON, an individual et al.<br><br>　　　　　　Defendant. | CASE NUMBER<br>CV11-02350 ODW(VBKX)<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL CODE § 1740 ET SEQ. [DEMAND FOR JURY TRIAL]

in the within action by personally delivering true copies thereof to the person served as follows:

　　Served　　　　　　: KLAUS MOELLER, an individual

　　By serving　　　　: Mrs. Debarges, 35yrs., 5'6", 160 lbs, brown hair, brown eyes, Spouse

　　Address　　　　　: (Home)
　　　　　　　　　　　718 N. Croft Ave., Apt. 203
　　　　　　　　　　　West Hollywood, CA 90069

　　Date of Service　: October 29, 2011

　　Time of Service　: 10:00 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: October 31, 2011

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 5420

Signature: _____
　　　　　　　PRADIP KISSOONDYAL

299708

CONSTANCE J. YU (SBN 182704)
SIDEMAN & BANCROFT LLP
1 Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 392-1960
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Plaintiff : JUNE NEWTON

Defendant : NORMAN SOLOMON, an individual et al.

Ref#: 299708           * **DECLARATION OF MAILING** *    Case No.: CV11-02350
                                                                   ODW(VBKX)

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS; SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONVERSION AND VIOLATION OF CAL. CIVIL CODE § 1740 ET SEQ. [DEMAND FOR JURY TRIAL]

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California, addressed as follows:

   KLAUS MOELLER, an individual

   (Home)
   718 N. Croft Ave., Apt. 203
   West Hollywood, CA 90069


   Date of Mailing: October 31, 2011


Person who served papers:
APRIL JIMENEZ
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $174.75
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 880
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 31, 2011    Signature _april_