**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE NEWTON,<br><br>           Plaintiff,<br>   v.<br>NORMON SOLOMON, et al.,<br><br>           Defendants. | Case No. CV 11-02350-ODW (VBKx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE REAL PARTY IN INTEREST [43]** |

Plaintiff June Newton's Motion to Substitute Real Party in Interest the Helmut Newton Foundation as Plaintiff is pending before the Court. (Dkt. No. 43.) Defendants oppose Newton's Motion largely on grounds that substituting the Foundation as Plaintiff would pose substantial difficulties to Defendants' ability to depose Newton, a percipient witness in this case.

On April 10, 2012, Magistrate Judge Kenton ordered Newton's deposition be taken in Monaco (but without the more cumbersome Hague Convention procedures) on May 1, 2012, *regardless whether Newton remains a Plaintiff in this action*. (*See* Dkt. No. 62.) In light of Judge Kenton's ruling, the Court finds that Defendants would suffer no prejudice as a result of a complete substitution of the Helmut Newton Foundation for June Newton as Plaintiff in this case. Newton's Motion is therefore **GRANTED**. June Newton is **DISMISSED** as a party to this action, and the Helmut Newton Foundation is hereby **SUBSTITUTED** as the sole Plaintiff in this action.

1  The April 23, 2012 hearing on this matter is **VACATED**, and no appearances are
2  necessary.
3        With respect to Defendants Norman Solomon; Art and Artifacts, Inc.; John
4  Dunnicliff; and Emage International Inc.'s request that the Court delay a full
5  substitution pending the completion of Newton's Deposition (Solomon Defs.' Supp'l
6  Br. 3), the parties are reminded that any further attempts by Newton to evade her
7  deposition will be in violation of a court order and would thus subject Newton to
8  sanctions.

10  **IT IS SO ORDERED.**

12  April 16, 2012

14  _____
15  **HON. OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**